IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


ALLEN DULANEY, JR.,

        **Plaintiff,**

   v.                                     CASE NO. 18-3109-SAC

RON KEYS, et al.,

        **Defendants.**


**O R D E R**

This matter is before the Court on a filing titled "Motion for Leave to Amend Previous Motion to Amend Judgment" (ECF No. 32), construed by the Court as a Motion for Leave to Amend Complaint. Plaintiff asks the Court for leave to file a revised complaint against Ron Keys and Gregory Marsh. Plaintiff properly attaches his proposed amended complaint to the motion. Defendant Marsh, the only remaining defendant, filed a response to Plaintiff's motion, stating he does not oppose the motion.

The proposed amended complaint attached to the motion, however, is not a proper complaint. It is merely a supplement to Plaintiff's description of the nature or background of the case. As such, the Court denies Plaintiff's motion insofar as it seeks to file an amended complaint but grants Plaintiff leave to file the attachment to his motion as a supplement to the complaint.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (ECF No. 32) is **denied**. However, Plaintiff is granted leave to file the attachment to the motion (ECF No. 32-1) as a supplement to the complaint (ECF No. 1).

1

**IT IS SO ORDERED.**

**DATED: This 2nd day of October, 2019, at Topeka, Kansas.**

                                            **s/ Sam A. Crow**
                                            **SAM A. CROW**
                                            **U.S. Senior District Judge**